UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case Number: 18-24198-CIV-MARTINEZ

GOVERNMENT EMPLOYEES
INSURANCE COMPANY, *et al.*,

    PlaintiffS,

v.

A&C MEDICAL CENTER
SERVICES, CORP, *et al.*,

    Defendants.
_____/

## ORDER DENYING WITHOUT PREJUDICE MOTION TO SEVER

THIS MATTER is before the Court on the motion to sever filed by Defendants Care and Services Rehabilitation, Inc. and Vivek Vijay Tirmal, M.D. [ECF No. 43]. After carefully considering the motion, the response in opposition [ECF No. 53], the reply [ECF No. 62], and the record, the Court, in its discretion, **denies** the motion **without prejudice**. If practical issues arise at trial, then the Court will address those concerns at that time.

DONE AND ORDERED in Chambers at Miami, Florida, this __16__ day of August, 2019.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record