**UNITED STATES DISTRICT COURT**
**Southern District of Florida**

**Miami Division**

Case No. 1:18-cv-24198-JEM

GOVERNMENT EMPLOYEES INSURANCE CO.,
GEICO INDEMNITY CO. and GEICO GENERAL
INSURANCE COMPANY and GEICO CASUALTY
CO.,

    Plaintiff(s),

v.

A&C MEDICAL CENTER SERVICES, CORP.,
et al.,

    Defendants.
_____/

## MOTION TO WITHDRAW AS COUNSEL

Undersigned counsel, as attorney of record for Defendants Simply Health Care, Inc., Elizandro Menendez and Pilar M. Crespo Castro, LMT (hereinafter referred to as "Simply Health Care Defendants"), hereby seeks an order of this Court allowing him to withdraw as counsel. As grounds for the relief requested, the undersigned states:

1. The undersigned became counsel for the Simply Health Defendants pursuant to a referral arrangement. The undersigned filed an Answer and Affirmative Defenses on behalf of the Simply Health Care Defendants, which reflects their representation by

the undersigned and referral counsel Law Offices of Michael I. Libman (hereinafter referred to as "Referral Counsel").

2. The undersigned has been consistently unable to reach the Simply Health Care Defendants in order to obtain cooperation in the preparation of discovery responses or to discuss strategy in the representation of their interests in this matter. Referral counsel has met with similar inability to obtain the necessary cooperation to participate meaningfully in discovery and in their continued representation in this matter.

3. Because of the consistent inability to obtain cooperation from the clients, the undersigned cannot represent them in an adequate or effective manner. Therefore, the undersigned requests authority of the Court to withdraw from representation of the Simply Health Care Defendants, allowing them to obtain alternate/substitute representation.

WHEREFORE, undersigned counsel Stuart B. Yanofsky, Esquire, the law firm of Stuart B. Yanofsky, P.A., and the Law Offices of Michael I. Libman, P.A. respectfully request the entry of an order allowing the individual attorneys and their firms to withdraw as counsel, and to permit a reasonable time period for the Simply Health Care Defendants to obtain alternate counsel, as well as any and all other relief this Court deems just and proper.

Respectfully submitted,

**Law Offices of Michael Libman**
**I. Libman, P.A.**
Libman Professional Centre
2439 N.W. 7th Street, Suite 5
Miami, Florida 33125

By: /s/ Michael I. Libman
    Florida Bar No. 151786

and

**STUART B. YANOFSKY, P.A.**
8551 West Sunrise Boulevard
Suite 210
Plantation, Florida 33322
Telephone (954) 473-0117

By: /s/ Stuart B. Yanofsky
    Florida Bar No. 841358

## **Certificate of Service**

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Withdraw has been furnished by the undersigned using the Court's CM/ECF system and electronic mail to all counsel and parties identified as recipients on the Court's electronic notification system this 25th day of February, 2020.