**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 18-24198-CIV-MARTINEZ/AOR**

GOVERNMENT EMPLOYEES INSURANCE CO.,
*et al.*,

        Plaintiffs,

   v.

SIMPLY HEALTH CARE, INC.,
ELIZANDRO MENENDEZ,
PILAR CRESPO CASTRO, L.M.T., *et al.*,

        Defendants.

_____/

## ORDER

THIS CAUSE came before the Court for Show Cause Hearing held on March 16, 2020 pursuant to the Order Setting Show Cause Hearing entered on February 28, 2020 (hereafter, "Show Cause Order") [D.E. 157]. In accordance with the rulings at the Show Cause Hearing, it is

ORDERED AND ADJUDGED as follows:

➢ The Show Cause Order with respect to Defendant Pilar Crespo Castro, L.M.T. is **DISCHARGED**.

➢ The undersigned **DEFERS** ruling on the Show Cause Order with respect to Defendants Simply Health Care, Inc. and Elizandro Menendez pending final disposition of the Report and Recommendation [D.E. 161] issued on March 4, 2020.

DONE AND ORDERED in Chambers at Miami, Florida this 16th day of March, 2020.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc:     United States District Judge Jose E. Martinez
        Counsel of Record