UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 18-24198-CIV-MARTINEZ-OTAZO-REYES

GOVERNMENT EMPLOYEES INSURANCE
CO., *et al.*,

    Plaintiffs,

vs.

A & C MEDICAL CENTER SERVICES,
CORP., *et al.*,

    Defendant.

_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

    The Court referred to United States Magistrate Judge Alicia M. Otazo-Reyes, for a Report and Recommendation, Plaintiffs' Motion for Discovery Sanctions against Defendants Simply Health Care, Inc.; Elizandro Menendez; and Pilar Crespo Castro (the "Simply Health Defendants"). [ECF No. 146]. After a hearing, Judge Otazo-Reyes issued a Report and Recommendation, recommending that the Court grant the Motion for Discovery Sanctions and strike the Simply Health Defendants' answer. [ECF No. 161].

    The Simply Health Defendants had 14 days from the issuance of the R&R within which to file objections. They filed none. The Court has also reviewed the entire file and record and made a *de novo* review of the issues presented. Based on that review and the Simply Health Defendants' lack of objection, and after careful consideration, it is

    **ORDERED and ADJUDGED** that United States Magistrate Judge Alicia M. Otazo-Reyes' Report and Recommendation, [ECF No. 161], is **AFFIRMED** and **ADOPTED**. The Clerk of Court is directed to strike the Simply Health Defendants' answer, [ECF No. 128], and enter a

Clerk's Default against them, based on their willful and bad faith refusal to comply with their discovery obligations, cooperate with their own counsel, follow Court orders, and justify their conduct. Plaintiffs shall file a Motion for Default Final Judgment by **no later than May 8, 2020**, that includes affidavits of the amount(s) due by the Simply Health Defendants, if necessary, and any other supporting documentation needed to determine the measure of damages or conclude this action. Plaintiffs' failure to file a Motion for Default Final Judgment within the specified time will result in a **dismissal** without prejudice.

DONE AND ORDERED in Chambers at Miami, Florida, this 8th day of April, 2020.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record